

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

ERIC LEE HARRINGTON,

Appellant,

v.

THE STATE OF TEXAS,

Appellee.

§

§

§

§

§

§

§

No. 08-13-00228-CR

Appeal from the

372nd District Court

of Tarrant County, Texas

(TC# 1290356D)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.